UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60056-CR-RUIZ(s)
18 U.S.C. § 912
18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

vs.

WALTER WAYNE BROWN JR. and
GARY BRUMMETT,

Defendants.
_____/

FILED BY JAO D.C.
MAR 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (False Personation of a Federal Officer)
### 18 U.S.C. § 912

On or about February 10, 2021, in Broward County, in the Southern District of Florida, the defendant,

**WALTER WAYNE BROWN JR.,**

did knowingly and falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, that is, an officer and employee of the United States Marshals Service, and acted as such, in that the defendant held himself out to be a Deputy U.S. Marshal, in violation of Title 18, United States Code, Section 912.

### COUNT 2
### (False Personation of a Federal Officer)
### 18 U.S.C. § 912

On or about February 11, 2021, in Broward County, in the Southern District of Florida, the defendant,

**GARY BRUMMETT,**

did knowingly and falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, that is, an officer and employee of the United States Marshals Service, and acted as such, in that the defendant held himself out to be a Deputy U.S. Marshal, in violation of Title 18, United States Code, Section 912.

### COUNT 3
### (Possession of a Firearm and Ammunition by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

From on or about February 9, 2021, through on or about February 11, 2021, in Broward County, in the Southern District of Florida, the defendant,

**WALTER WAYNE BROWN JR.,**

knowingly possessed a firearm and ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition were:

A. One (1) Glock 26 9mm pistol, serial number NKL215; and

B. Twelve (12) rounds of 9mm ammunition.

### FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **WALTER WAYNE BROWN JR. and GARY BRUMMETT**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Superseding Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the

commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following:

    i. One (1) Glock 26 9mm pistol, serial number NKL215; and

    ii. Twelve (12) rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____ JAMES USTYNOSKI
ANITA WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Walter Wayne Brown Jr. and
Gary Brummett,

　　　　　　　Defendants

CASE NO. 21-60056-CR-RUIZ(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami   ___ Key West
_✓_ FTL     ___ WPB     ___ FTP

New defendant(s)           Yes ___  No _✓_
Number of new defendants ___
Total number of counts   _3_

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days    _✓_                   Petty    ___
   II   6 to 10 days   ___                   Minor    ___
   III  11 to 20 days  ___                   Misdem.  ___
   IV   21 to 60 days  ___                   Felony   _✓_
   V    61 days and over ___

6. Has this case previously been filed in this District Court?   (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes
   If yes: Magistrate Case No.  21-6074-Snow
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___  No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___  No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___  No _✓_

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANITA G. WHITE
　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　　　　REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Walter Wayne Brown Jr.

**Case No:** 21-60056-CR-RUIZ(s)

Count #:1

False Personation of a Federal Officer

Title 18, United States Code, Section 912

**\*Max. Penalty:** 3 years' imprisonment, 1 year supervised release, $250,000 fine

Count #:3

Possession of a Firearm or Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment, 3 years' supervised release, $250,000 fine

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Gary Brummett

**Case No:** 21-60056-CR-RUIZ(s)

Count #:2

False Personation of a Federal Officer

Title 18, United States Code, Section 912

*__Max. Penalty:__ 3 years' imprisonment, 1 year supervised release, $250,000 fine

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**